# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>HECTOR DELGADO-ZUNIGA,<br><br>    Defendant. | Case No. 2:17-cr-312-KJD-CWH<br><br>**ORDER GRANTING STIPULATION TO CONTINUE STATUS CONFERENCE** |

## **FINDINGS OF FACT**

The Stipulation is entered into for the following reasons:

1. Counsel for the defendant will be out of the jurisdiction from November 13th through November 20, 2017.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance, and the continuance will not affect the currently scheduled trial date of January 22, 2018.

## **ORDER**

IT IS THEREFORE ORDERED that the status conference currently scheduled for November 15, 2017, at the hour of 9:00 a.m., be vacated and continued to November 29, 2017 at the hour of 2:00 p.m. in Courtroom 3C.

DATED this 9 day of November, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

3