# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-312-KJD-GWH |
| Plaintiffs, | |
| v. | **ORDER** |
| HECTOR DELGADO-ZUNIGA, | |
| Defendant. | |

Presently before the court is defense counsel Erin M. Gettel's Designation of Transcripts (ECF No. 42). Counsel requests transcripts for the following sealed proceeding: ECF No. 22, Status Hearing on November 29, 2017. The court will therefore unseal the audio recording and allow Felicia Zabin, Transcriber, to prepare the transcript.

IT IS ORDERED that the sealed audio recording shall be unsealed for the limited purpose of preparing the transcript by Felicia Zabin and providing a copy of the transcript to Erin Gettel, defense counsel.

IT IS FURTHER ORDERED that the audio recording shall thereafter be resealed and a certified copy of the transcript be delivered to the Clerk pursuant to 28 U.S.C. § 753(b) and remain sealed until further order of this court.

IT IS FURTHER ORDERED that the receiving party shall not disclose the sealed contents of the transcript of the proceeding to anyone other than the representatives of the parties directly concerned with this case.

DATED: June 11, 2018

_____
C.W. HOFFMAN JR.
UNITED STATES MAGISTRATE JUDGE