```
                                                                    1

 1                    UNITED STATES DISTRICT COURT
                           DISTRICT OF NEVADA
 2
     UNITED STATES OF AMERICA,    )
 3             Plaintiff,         )  Case No.2:17-cr-312-KJD-CWH
                                  )
 4        vs.                     )
                                  )        ORDER TEMPORARILY
 5   HECTOR DELGADO-ZUNIGA,       )        UNSEALING NOTES
               Defendant.         )
 6
```

7     On 6-5-2018, Heather K. Newman, Court Reporter, received a

8 Transcript Order form requesting the transcript of a

9 Calendar Call, in which a portion of the hearing was sealed,

10 held on 1-16-2018, from Erin M. Gettel.

11     **IT IS THE ORDER OF THE COURT** that the sealed the transcript

12 shall be unsealed for the limited purpose of providing a copy of

13 the transcript as requested by Erin M. Gettel.

14     **IT IS FURTHER ORDERED** that the sealed transcript shall

15 thereafter be resealed, and a certified copy of the transcript

16 be delivered to the Clerk pursuant to 28, U.S.C., Section

17 753(b), until further order of this Court.

18     **IT IS FURTHER ORDERED** that the receiving party shall not

19 disclose the sealed contents of the transcript of the

20 proceedings to anyone other than the representatives of the

21 parties directly concerned with this case.

22     DATED this __15th__ day of ___June___, 2018.

23

24                                    _____
                                      Kent J. Dawson
25                                    United States District Judge